UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAYLEN MARCUS BROWN,

    Defendant.
_____/

Case No. 24-20515

Honorable Susan K. DeClercq
United States District Judge

**STIPULATION AND ORDER FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES**

It is hereby stipulated and agreed by the parties, through Assistant United States Attorney Andrew R. Picek, counsel for Defendant Jaylen Brown, and in consultation with United States Pretrial Services Officer Andrea Peschke, that:

1. Jaylen Brown, who is currently in federal custody at Livingston County Jail, shall be temporarily released on Saturday, September 6, 2025, at 8:00 AM for the limited and specific purpose of attending the funeral services for his late brother, Mr. Daniel La-Sean Avery, Sr.

2. The temporary release shall allow Mr. Brown to attend the following scheduled events on Saturday, September 6, 2025:
    - Family Hour at 1:00 PM, followed by the Funeral Service at 2:00 PM, both to be held at:

       Kadesh Baptist Church

          20361 Plymouth Road

          Detroit, Michigan 48228

- Public Visitation from 3:00 PM to 8:00 PM at:

       O. H. Pye, III Funeral Home

          17600 Plymouth Road

          Detroit, Michigan 48227

3. Mr. Brown shall return to the custody of the United States Marshal Service and Livingston County Jail by no later than Sunday, September 7, 2025, at 12:00 PM (noon).

4. As directed by Pretrial Services, Mr. Brown shall contact his assigned Pretrial Services Officer, Andrea Peschke, immediately upon his release at 8:00 AM on Saturday, September 6, 2025, and again prior to his return to custody on Sunday, September 7, 2025.

5. This temporary release is limited to the purpose of attending funeral-related services as outlined above. All other conditions of detention and custody shall remain in full force and effect.

6. The parties respectfully request that the Court enter the order below authorizing Mr. Brown's temporary release in accordance with this stipulation.

Respectfully submitted,

**/s/ Michael A. Komorn**

Michael A. Komorn (P47970)

Attorney for Defendant

Komorn Law, PLLC

michael@komornlaw.com

(248) 357-2550

/s/ *Andrew R. Picek*

Andrew R. Picek

Assistant United States Attorney

Violent & Major Crimes Unit

Eastern District of Michigan

211 W. Ford Street, Suite 2001

Detroit, Michigan 48226

(313) 226-9652

andrew.picek@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,
v.

Case No. 24-20515

Honorable Susan K. DeClercq
United States District Judge

JAYLEN MARCUS BROWN,

    Defendant.
_____/

**ORDER FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES**

The Court, having reviewed the stipulation of the parties, and in consultation with United States Pretrial Services, orders as follows:

The Defendant, Jaylen Brown, currently housed at Livingston County Jail, shall be temporarily released from custody on Saturday, September 6, 2025, at 8:00 AM for the purpose of attending funeral services for his late brother, Mr. Daniel La-Sean Avery, Sr.

Mr. Brown is authorized to attend the following events:

- Family Hour at 1:00 PM and Funeral Service at 2:00 PM, both to be held at:

  Kadesh Baptist Church

  20361 Plymouth Road

  Detroit, Michigan 48228

- Visitation from 3:00 PM to 8:00 PM at:

  O. H. Pye, III Funeral Home

  17600 Plymouth Road

  Detroit, Michigan 48227

Mr. Brown shall return to federal custody at Livingston County Jail no later than 12:00 PM (noon) on Sunday, September 7, 2025.

Mr. Brown shall contact his United States Pretrial Services Officer, Andrea Peschke, immediately upon release and again prior to returning to custody as instructed.

This temporary release is limited to the purpose of attending the funeral events described above. All other conditions of custody and supervision remain in full force and effect.

It is so ORDERED.

Dated: September 5, 2025

**/s/Susan K. DeClercq**

**SUSAN K. DeCLERCQ**

United States District Judge